Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113
Telephone: 702.862.8800
Facsimile: 702.862.8811
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KRYSTEL VARGAS,

Plaintiff,

v.

REAL WEALTH INVESTMENTS LLC d/b/a The Boeckle Group, a Nevada limited liability company, TBG INVESTMENTS, INC., a Nevada private corporation, SILVER STATE PROPERTY SOLUTIONS LLC, a Nevada limited liability company,

Defendants.

Case No. 2:25-cv-01873-CDS-EJY

**STIPULATION [AND ORDER] TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST]**

Plaintiff Krystel Vargas and Defendants Real Wealth Investments LLC d/b/a the Boeckle Group, TBG Investments, Inc., and Silver State Property Solutions LLC hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of November 3, 2025, up to and including **December 3, 2025.**

The requested extension is necessary in light of the pre-existing commitments of Defendants' counsel and time scheduled to be out of the office for the holidays. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 17, 2025

Respectfully submitted,

*/s/ Dustin L. Clark, Esq.*
Dustin L. Clark, Esq.

Zachary P. Takos, Esq.
Steven R. Hart, Esq.
TAKOS LAW GROUP, LTD.

Attorneys for Plaintiff
KRYSTEL VARGAS

Dated: October 17, 2025

Respectfully submitted,

*/s/ Andrew S. Clark, Esq.*
Roger L. Grandgenett, II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
DEFENDANTS

**IT IS SO ORDERED.**

Dated: October 17, 2025

UNITED STATES MAGISTRATE JUDGE

4900-5532-5810.1 / 126743.1003