Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113
Telephone: 702.862.8800
Facsimile:   702.862.8811
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. ATKINSON, TRUSTEE OF THE BANKRUPTCY ESTATE OF KRYSTEL VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>REAL WEALTH INVESTMENTS LLC d/b/a The Boeckle Group, a Nevada limited liability company, TBG INVESTMENTS, INC., a Nevada private corporation, SILVER STATE PROPERTY SOLUTIONS LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:25-cv-01873-CDS-EJY<br><br>**STIPULATION [AND ORDER] TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff Krystel Vargas, through Bankruptcy Trustee, Robert Atkinson, and Defendants Real Wealth Investments LLC d/b/a the Boeckle Group, TBG Investments, Inc., and Silver State Property Solutions LLC hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of December 3, 2025, up to and including **January 5, 2026.**

The parties' request for a second extension of time is in good faith and intended to preserve their respective resources as well as judicial resources.  On October 31, 2025, this Court granted

Trustee Atkinson's Motion to Substitute as Party, pending resolution of bankruptcy case 25-13878-mkn (*In re: Andres Vargas and Krystel Vargas*), and replaced Ms. Vargas with Trustee Atkinson in this matter. Shortly thereafter, Trustee Atkinson and Defendants reached a settlement of these claims in principle. The settlement would resolve all issues in this matter and is currently pending approval in bankruptcy court. A hearing to approve settlement is scheduled on December 18, 2025. Given the pending settlement and imminent bankruptcy court consideration of the same, the parties ask the Court to extend the current deadline to respond to the Complaint through January 5, 2026. The requested extension will allow the bankruptcy court sufficient time to rule on the pending settlement and will allow parties to determine whether additional filings will be necessary in this case.

    This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 1, 2025

Respectfully submitted,

*/s/ Robert E. Atkinson*
Robert E. Atkinson, Esq.
ATKINSON LAW ASSOCIATES LTD.

Attorney for Robert E. Atkinson, Trustee in Nevada bankruptcy case 25-13878-mkn (In re: Andres Vargas and Krystel Vargas)

Dated: December 1, 2025

Respectfully submitted,

*/s/ Roger L. Grandgenett*
Roger L. Grandgenett, II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DEFENDANTS

**IT IS SO ORDERED.**

Dated:  December 2, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4900-5532-5810.1 / 126743.1003