Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113
Telephone: 702.862.8800
Facsimile:   702.862.8811
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. ATKINSON, TRUSTEE OF THE BANKRUPTCY ESTATE OF KRYSTEL VARGAS,<br><br>Plaintiff<br><br>v.<br><br>REAL WEALTH INVESTMENTS LLC d/b/a The Boeckle Group, a Nevada limited liability company, TBG INVESTMENTS, INC., a Nevada private corporation, SILVER STATE PROPERTY SOLUTIONS LLC, a Nevada limited liability company,<br><br>Defendants | Case No. 2:25-cv-01873-CDS-EJY<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Krystel Vargas, through Bankruptcy Trustee, Robert Atkinson, and Defendants Real Wealth Investments LLC d/b/a the Boeckle Group, TBG Investments, Inc., and Silver State Property Solutions LLC, through their respective counsel, hereby stipulate and respectfully request an order dismissing the entire action with prejudice, with each party to bear their own costs and attorneys' fees.

/ / /

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

Dated: January 5, 2026

Respectfully submitted,

*/s/ Robert E. Atkinson*
Robert E. Atkinson, Esq.
ATKINSON LAW ASSOCIATES LTD.

Attorney for Robert E. Atkinson, Trustee in Nevada bankruptcy case 25-13878-mkn (In re: Andres Vargas and Krystel Vargas)

Dated:  January 5, 2026

Respectfully submitted,

*/s/ Andrew S. Clark*
Roger L. Grandgenett, II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for
DEFENDANTS

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 5, 2026

4899-0674-2149.1 / 126743.1003

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113
702.862.8800

2